UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: COURT OPERATIONS<br>IN RESPONSE TO COVID-19 ) ) ) ) ) ) | Fifth Amended Standing Order<br>Regarding Video Teleconferencing<br>and Telephone Conferencing<br><br>Misc. Number: |

### FIFTH AMENDED STANDING ORDER

On April 2, 2020, this Court entered Standing Order 3:20-mc-00129-RBH (Standing Order) authorizing the use of video teleconferencing and telephone conferencing, under certain circumstances and with the consent of the defendant, for various criminal case events during the course of the COVID-19 emergency. *See* The CARES Act, H.R. 748. That Standing Order and any findings and authorizations are incorporated into this Fifth Amended Standing Order.

On July 1, 2020, in Amended Standing Order 3:20-mc-00272-RBH, on September 29, 2020, in Second Amended Standing Order 3:20-mc-00439-RBH, on December 21, 2020, in Third Amended Standing Order 3:20-mc-00583-RBH, and on March 19, 2021, in Fourth Amended Standing Order 3:21-00128-RBH, I, as Chief Judge, reviewed and extended the authorization in the Standing Order for an additional 90 days in all respects.

Now, again, pursuant to Section 15002(b)(3) of the CARES Act, I, as Chief Judge, have reviewed the authorization in the Standing Order and have determined to further extend it for an additional 90 days in all respects.*

Pursuant to Section 15002(b)(3) of the legislation, this authorization will remain in effect for

---

*This further extension is necessary for public health and safety reasons based on the extremely low vaccination rate (16%) of pre-trial detainees in this district.

90 days unless terminated earlier. If emergency conditions continue to exist 90 days from the date of this order, I will review this authorization and determine whether to extend it.

June 17, 2021

R. Bryan Harwell
Chief United States District Judge